**Benjamin A. FRANKLIN, Jr., Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 48836.**

Missouri Court of Appeals,
Western District.

July 12, 1994.

Rebecca L. Kurz, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and KENNEDY and ULRICH, JJ.

### *ORDER*

PER CURIAM:

Appeal from the denial of a Rule 24.035 motion for postconviction relief.

Affirmed. Rule 84.16(b).